## HAMILTON *v.* UNION TRACTION COMPANY OF INDIANA.

[No. 10,475.   Filed February 5, 1924.]

From Marion Superior Court (A920) ; *Linn D. Hay,* Judge.

Action by Kenneth Hamilton against the Union Traction Company of Indiana.   From a judgment for defendant, the plaintiff appeals.   *Appeal dismissed.*

*George W. Galvin,* for appellant.
*Matson,. Kane & Ross* and *J. A. Van Osdol,* for appellee.

PER CURIAM.—Dismissed on authority of *Cole* v. *Franks* (1897), 147 Ind. 281, 46 N. E. 532.

## SLINKARD *v.* PROCTOR.

[No. 11,619.   Filed December 7, 1923.   Rehearing denied March 11, 1924.]

From Greene Circuit Court; *Thomas VanBuskirk,* Judge.

Action between William L. Slinkard and William K. Proctor. From the judgment rendered, the former appeals.   *Affirmed.*

*William L. Slinkard* and *Will R. Voslow,* for appellant.
*Homer Elliott* and *Guy H. Humphreys,* for appellee.

PER CURIAM.—Judgment affirmed.

## JOHNSON *v.* FEDERAL INVESTMENT AND LOAN COMPANY ET AL.

[No. 11,692.   Filed October 2, 1923.   Rehearing denied February 5, 1924.   Petition to Transfer dismissed March 13, 1924.]

From Marion Superior Court (A14,428) ; *Theophilus J. Moll,* Judge.

Action by Charles H. Johnson against the Federal Investment and Loan Company and another.   From a judgment for defendants, the plaintiff appeals.   *Affirmed.*

*Joseph K. Brown,* for appellant.
*John W. Becker,* for appellee.

PER CURIAM.—Judgment affirmed.